EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Integración de Salas de Verano | 2018 TSPR 70 200 DPR ____ |
|---|---|

Número del Caso: ES-2018-2

Fecha: 24 de abril de 2018

Materia: Resolución del Tribunal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS
DE VERANO                    **Núm.** <u>ES-2018-2</u>

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de abril de 2018.

De conformidad con la Regla 4(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. XXI-B, culminada la sesión, se constituyen las siguientes salas para funcionar durante el receso de verano:

Del 1 de julio al 31 de julio de 2018:

    Hon. Anabelle Rodríguez Rodríguez, Presidenta
    Hon. Mildred G. Pabón Charneco
    Hon. Edgardo Rivera García

Del 1 de agosto al 31 de agosto de 2018:

    Hon. Rafael L. Martínez Torres, Presidente
    Hon. Roberto Feliberti Cintrón
    Hon. Ángel Colón Pérez

Del 1 de septiembre al 30 de septiembre de 2018:

    Hon. Maite D. Oronoz Rodríguez, Presidenta
    Hon. Erick V. Kolthoff Caraballo
    Hon. Luis F. Estrella Martínez

De ser necesario sustituir a algún juez o jueza que no intervenga en algún asunto, se seguirá el procedimiento establecido en la Regla 4(b) del Reglamento del Tribunal Supremo.

El Tribunal continuará certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo